ADAMS



10 DEC 14 AM 9: 12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) Case No. 1:04CR133-001 |
| Plaintiff, | ) |
| vs. | ) O R D E R |
| Mohammed Widdi, | ) |
| Defendant. | ) |

A report and recommendation of Magistrate Judge George J. Limbert has been filed in this matter upon referral to same to conduct appropriate proceedings including a preliminary exam, a supervised release hearing, and all matters in accordance with Criminal Rule 32.1, except for sentencing. On October 27, 2010, Magistrate Judge George J. Limbert conducted proceedings regarding the revocation of supervised release. Upon completion of proceedings, the Magistrate Judge found that the above named defendant has not violated the terms and conditions of his supervised release for the reasons stated in the Report and Recommendation, (docket entry #67).

No objections to the Magistrate Judge's Report and Recommendation have been filed to date. The Court hereby adopts Magistrate Judge George J. Limbert's Report and Recommendation and incorporates the findings herein.

IT IS SO ORDERED.

_____
John R. Adams
U.S. District Judge